IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVE ZAVODNICK,<br>          Plaintiff, | :<br>:<br>: |
| v. | :   Civ. No. 10-7125 |
| GORDON & WEISBERG, P.C.,<br>          Defendant. | :<br>:<br>:<br>:<br>: |

### O R D E R

**AND NOW,** this 6th day of June, 2012, it is hereby **ORDERED** that Plaintiff's Motion for Attorneys Fees is **GRANTED in part.** Plaintiff is awarded attorneys fees in the amount of **$3,053.00 and costs of $350.** This includes 3.7 hours billed by Mr. Kimmel at a rate of $290 ($1073), 2.2 hours billed by Ms. Patterson at a rate of $175 ($385), 0.6 hours billed by Ms. Bennecoff at a rate of $200 ($120), 7.9 hours billed by Ms. Young at a rate of $150 ($1185), and 2.9 hours billed by paralegals Ms. Sunchych and Mr. Ryan at a rate of $100 ($290). Plaintiff is also entitled to reimbursement of the $350 filing fee. In total, Plaintiff is awarded fees and costs in the amount of $3,403.00.

                                                      **AND IT IS SO ORDERED.**

                                                      /s/ Paul S. Diamond
                                                      _____
                                                      Paul S. Diamond, J.