IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVE ZAVODNICK,       Plaintiff, | : : : |
| v. | : :    Civ. No. 10-7125 |
| GORDON & WEISBERG, P.C.,       Defendant. | : : : : : |

**O R D E R**

**AND NOW,** this 6th day of June, 2012, it is hereby **ORDERED** that Plaintiff's Motion for Attorneys Fees is **GRANTED in part.**   Plaintiff is awarded attorneys fees in the amount of **$3,053.00 and costs of $350.**  This includes 3.7 hours billed by Mr. Kimmel at a rate of $290 ($1073), 2.2 hours billed by Ms. Patterson at a rate of $175 ($385), 0.6 hours billed by Ms. Bennecoff at a rate of $200 ($120), 7.9 hours billed by Ms. Young at a rate of $150 ($1185), and 2.9 hours billed by paralegals Ms. Sunchych and Mr. Ryan at a rate of $100 ($290).  Plaintiff is also entitled to reimbursement of the $350 filing fee. In total, Plaintiff is awarded fees and costs in the amount of $3,403.00.

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.